# FILED

## UNITED STATES COURT OF APPEALS

### FOR THE NINTH CIRCUIT

JUL 20 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHELLE-LAEL B. NORSWORTHY,<br><br>             Plaintiff - Appellee,<br><br>v.<br><br>JEFFREY BEARD, CDCR Secretary; et al.,<br><br>             Defendants - Appellants. | No. 15-15712<br><br>D.C. No. 3:14-cv-00695-JST<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

The Defendants-Appellants' Reply Brief informed the court that "A panel of the Board of Parole Hearings has since provisionally granted Ms. Norsworthy parole." Reply Brief at 22. The parties are ordered to file status reports on or before Tuesday, July 28, 2015 regarding whether this case may be mooted by the Board of Parole Hearings panel's decision and commenting as to any possible effect on whether this court should conduct the oral argument scheduled for Thursday, August 13, 2015. The parties are further ordered to update this court within 7 days of any parole decision regarding the Plaintiff-Appellee.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF THE COURT


By: Allison Fung
Deputy Clerk