UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 28 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHELLE-LAEL B. NORSWORTHY,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>JEFFREY BEARD, CDCR Secretary; et al.,<br><br>        Defendants - Appellants. | No. 15-15712<br><br>D.C. No. 3:14-cv-00695-JST<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered October 05, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                    FOR THE COURT:
                                    Molly C. Dwyer
                                    Clerk of Court

                                    Craig Westbrooke
                                    Deputy Clerk